IRVIN FARRIOT
1322 87TH AVENUE, BACKHOUSE
OAKLAND, CA 94621
PLAINTIFF IN PRO PER

ELISA NADEAU, Bar No. 199000
enadeau@littler.com
JONATHAN HELLER, Bar No. 267542
jheller@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendant
WIND RIVER SYSTEMS, INC. (erroneously sued herein as TPG Capital Corporation dba Windriver)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IRVIN FARRIOT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TPG CAPITAL CORPORATION dba WINDRIVER, a corporation; DOES 1-100,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-02776-WHO<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE AND ORDER**<br><br><br>Alameda County Superior Court<br>Case No. RG1901154<br><br>Complaint Filed: March 19, 2019 |

STIPULATION RE DISMISSAL WITH
PREJUDICE AND ORDER

CASE NO. 3:19-CV-02776-WHO

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

Defendant TPG CAPITAL CORPORATION dba WINDRIVER ("Windriver"), through their counsel of record Littler Mendelson, P.C., and Plaintiff IRVIN FARRIOT ("Plaintiff") (collectively referred to as "the Parties") stipulate and agree as follows:

WHEREAS, the Parties have agreed to resolve the above-captioned action, and all causes of action and all claims asserted therein, and, based on their agreement (and compliance with that agreement), seek the dismissal of this entire action with prejudice;

NOW, therefore, the Parties voluntarily stipulate and agree to the dismissal with prejudice of this entire action as to all parties and all claims, disputes, and controversies in Plaintiff's Complaint pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its/his own respective attorneys' fees, costs and expenses of litigation.

**IT IS SO STIPULATED.**

Dated: May 9, 2020

By: _____
IRVIN FARRIOT
PLAINTIFF IN PRO PER

Dated: May 11, 2020

By: _____
ELISA NADEAU
JONATHAN HELLER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
WIND RIVER SYSTEMS, INC.

## ORDER

Good cause appearing, the Court dismisses this matter prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear its/his own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: __May 14__, 2020

_____
Honorable William H. Orrick
United States District Court

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

4814-9876-4476.1 103389.1001

STIPULATION RE DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER        3.        CASE NO. 3:19-CV-02776-WHO